UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MERCEDES PRIETO,

                        Plaintiff,                            JURY DEMAND

    -against-
                                                                     07 CV 6338

TARGET CORPORATION and TARGET STORES,

                        Defendants.
------------------------------------------------------------------X

    PLEASE TAKE NOTICE, that the undersigned hereby demands a trial by jury on all issues in this action.

    PLEASE TAKE FURTHER NOTICE, that the undersigned objects to the grounds for removal and the undersigned does not waive its right of remand in this case.

Dated: Yonkers, New York
       August 5, 2007

                                                               Yours, etc.,

                                                               _____
                                                               JOHN A. GUARNERI  (JG-7762)
                                                               Babaja & Guarneri, Esqs.
                                                               Attorneys for Plaintiff
                                                              35 East Grassy Sprain Road
                                                               Suite 204
                                                               Yonkers, New York 10710
                                                               (914) 961-1359

TO: ROBERT J. PFUHLER (1964)
     Connors & Connors, P.C.
     Attorneys for Defendants
     TARGET CORPORATION and
     TARGET STORES
     766 Castleton Avenue
     Staten Island, New York 10310
     (718) 442-1700

CERTIFICATE OF SERVICE

 On August 5, 2007, I served a copy of the foregoing jury demand, via first class United States mail to:

Robert J. Pfuhler, Esq.
Connors & Connors, P.C.
766 Castleton Avenue
Staten Island, New York 10310

               _____
               JOHN A. GUARNERI ((JG-7762)
               Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MERCEDES PRIETO,

                             Plaintiff,

      -against-

                                                    07 CV 6338

TARGET CORPORATION and TARGET STORES,

                            Defendants.
-------------------------------------------------------------------X

# JURY DEMAND

                                         JOHN A. GUARNERI  (JG-7762)
                                         Babaja & Guarneri, Esqs.
                                         Attorneys for Plaintiff
                                         35 East Grassy Sprain Road
                                         Suite 204
                                         Yonkers, New York 10710
                                         (914) 961-1359

TO: ROBERT J. PFUHLER (1964)
    Connors & Connors, P.C.
    Attorneys for Defendants
    TARGET CORPORATION and
    TARGET STORES
    766 Castleton Avenue
    Staten Island, New York 10310
    (718) 442-1700

Case 1:07-cv-06338-LMM    Document 4    Filed 08/05/2007    Page 4 of 4