UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
                                        :
MERCEDES PRIETO                         :
                                        :     07 Civ. 6338 (LMM)
            Plaintiff(s),               :
                                        :     CASE MANAGEMENT PLAN
        - against -                     :     AND SCHEDULING ORDER
                                        :
TARGET CORPORATION, ET AL.              :
                                        :     ┌─────────────────────────┐
            Defendant(s).               :     │ USDC SDNY               │
                                        :     │ DOCUMENT                │
----------------------------------------x     │ ELECTRONICALLY FILED    │
                                              │ DOC #: _____  │
                                              │ DATE FILED: 8/15/07     │
                                              └─────────────────────────┘

McKENNA, D.J.

1. Referred to Magistrate Judge _____ for General Pretrial after Initial Case Management Conference.

2. ___ Complex    ___ Standard    ___ Expedited

3. Initial document production to be completed by _____.

4. Party depositions to be completed by _____.

5. Third party depositions to be completed by _____.

6. Parties and counsel to meet to discuss settlement by _____.

7. Experts' reports to be served by _____.

8. Experts' depositions to be completed by _____.

9. All discovery to be completed by 1/31/08.

10. Next pretrial conference _____ at _____.

11. Parties consent to trial by Magistrate Judge:  ___ Yes  ___ No.

12. Other directions: ALL DISPOSITIVE MOTIONS TO BE FILED WITHIN 30 DAYS OF CLOSE OF DISCOVERY. JOINT PROPOSED PRETRIAL ORDER TO BE FILED WITHIN 30 DAYS OF CLOSE OF DISCOVERY OR OF DECISION OF DISPOSITIVE MOTION(S), IF ANY, WHICH EVER IS LATER.

Dated:  New York, New York
        8/14/07

                                        SO ORDERED.

                                        _____
                                        LAWRENCE M. McKENNA
                                        U.S.D.J.