THE LAW FIRM OF
# CONNORS & CONNORS
### P C

766 CASTLETON AVENUE
STATEN ISLAND, NEW YORK 10310-9003
TEL: 718-442-1700 FAX: 718-442-1717

JOHN P. CONNORS (1955-2003)
JOHN P. CONNORS, JR.*

HAROLD J. SIEGEL
SUSAN E. O'SHAUGHNESSY**
ROBERT J. PFUHLER**

MICHAEL J. CAULFIELD**
DAVID S. HELLER

TIMOTHY M. O'DONOVAN**
LOUIS J. RASSO
ZENA WOLDEYESUS

OF COUNSEL
MICHAEL IRENE***
JOEL ZUCKERBERG
ANDREW AXLER

17 BATTERY PLACE
NEW YORK, NEW YORK 10004

MORRIS BROOK COMMONS
422 MORRIS AVENUE
LONG BRANCH, NEW JERSEY 07740

\* MEMBER N.Y., N.J. & D.C. BARS
\*\* MEMBER N.Y., N.J. BARS
\*\*\* MEMBER N.J. BAR

January 10, 2008

**MEMO ENDORSED**

<u>Via ECF</u>
Magistrate Judge Lawrence M. McKenna
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/16/08

Re:   <u>Prieto v. Target, et al.</u>
       Our File No   : DTS 23516
       Docket No     : 07 CV 6338
       Date of Loss  : 6/19/2004

Dear Judge McKenna:

Please be advised the law firm of Connors & Connors, P.C. represents Target in the above captioned matter.

Pursuant to the initial discovery order, all discovery is to be completed by January 31, 2008. The depositions of all parties are currently scheduled for January 18, 2008. Our office has contacted Dr. Neil J. Cobelli and Dr. Stuart Remer to schedule their depositions. Dr. Stuart Remer is not available for deposition until February 6, 7 and 14th, 2008; Dr. Neil J. Cobelli's has informed our office that he does not appear for any depositions unless he is an expert on the case.

Therefore, both parties request that the completion of discovery be extended to February 29, 2008, to allow for the depositions of the above-named physicians. The undersigned is prepared however to proceed as the Court directs.

Thank you for the opportunity to have addressed you in this matter.

Respectfully submitted,

John P. Connors, Jr.
jpc@connorslaw.com

Granted. So ordered.
LMM 1/16/08

JPC,JR./tt/mr
cc:   Babaja & Guarneri
      35 East Grassy Sprain Road, Suite 204
      Yonkers, New York 10710