# BABAJA & GUARNERI

ATTORNEYS AT LAW

35 EAST GRASSY SPRAIN ROAD
SUITE 204
YONKERS, NEW YORK 10710
(914) 961-1359

SONIA N. BABAJA*
JOHN A. GUARNERI
*ALSO ADMITTED IN CT.

MARIANNE LANG
CERTIFIED LEGAL ASSISTANT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 2/25/08

February 20, 2008

**MEMO ENDORSED**

RECEIVED
IN CHAMBERS

FEB 25 2008

LAWRENCE M. McKENNA
USDJ

The Honorable Lawrence M. McKenna
United States District Judge
Daniel Patrick Moynihan United States Court House
500 Pearl Street
Room 1640
New York, New York 10007

Re: Mercedes Prieto v. Target Corporation and Target Stores
    Docket #: 07 CV 6338

Dear Judge McKenna:

As you are aware, we represent Mercedes Prieto in the above captioned matter.

Our current discovery completion date is February 29, 2008; it was extended by Your Honor from January 31, 2008. The depositions of plaintiff, plaintiff's daughter, and defendants' employee Patrick Manning have been completed. Defendants' medical examination of plaintiff is scheduled for February 29, 2008.

Both parties request that the discovery completion date be extended to March 31, 2008, to allow for additional discovery to be completed, including the depositions of plaintiff's husband, plaintiff's physicians, and additional non-party witnesses.

We thank you for your attention to this matter.

Granted. So
ordered.

LMM 2/25/08

Respectfully,

John A. Guarneri (JG-7762)
BabajaGuarneri@aol.com

TO: Connors & Connors, P.C.
    Attorneys for Defendants
    766 Castleton Avenue
    Staten Island, New York 10310
    (718) 442-1700