UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

PRIETO

        Plaintiff(s),

- against -

TARGET CORP + TARGET STORES

        Defendant(s).

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08

07 Civ. 6338 (LMM)

CASE MANAGEMENT PLAN
AND SCHEDULING ORDER

McKENNA, D.J.

1. Referred to Magistrate Judge _____ for General Pretrial after Initial Case Management Conference.

2. ___ Complex   ___ Standard   ___ Expedited

3. Initial document production to be completed by _____.

4. Party depositions to be completed by _____.

5. Third party depositions to be completed by _____.

6. Parties and counsel to meet to discuss settlement by _____.

7. Experts' reports to be served by _____.

8. Experts' depositions to be completed by _____.

9. All discovery to be completed by 5/31/08.

10. Next pretrial conference _____ at _____.

11. Parties consent to trial by Magistrate Judge: ___ Yes ___ No.

12. Other directions:

Dated: New York, New York
2/28/08

SO ORDERED.

_____
LAWRENCE M. McKENNA
U.S.D.J.