UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MERCEDES PRIETO,

          Plaintiff,

  -against-

TARGET CORPORATION and TARGET STORES, INC.,

          Defendants.
------------------------------------X

07 CV 6338 (LMM)

STIPULATION & ORDER OF DISCONTINUANCE

    IT IS HEREBY STIPULATED by and between the undersigned, the attorneys of record for plaintiff Mercedes Prieto and the attorneys of record for defendants Target Corporation and Target Stores, Inc., that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the above-entitled action, the above entitled action is hereby discontinued, without costs to any party, on the merits with prejudice, as against the other. This stipulation hereby discontinues plaintiff's action against defendants Target Corporation and Target Stores, Inc. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Yonkers, New York
On this 14th day of May, 2008

_____
John A. Guarneri, Esq. (JG-7762)
Babaja & Guarneri, Esqs.
Attorneys for Plaintiff
Mercedes Prieto
35 East Grassy Sprain Road
Suite 204
Yonkers, New York 10710
(914) 961-1358

_____
John P. Connors, Jr. (6514)
CONNORS & CONNORS, P.C.
Attorneys for Defendants
Target Corporation and
Target Stores, Inc.
766 Castleton Avenue
Staten Island, N.Y. 10310
(718) 442-1700
File No.: DTS 23516

USDSNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/08

So ORDERED: _____ 5/16/08
HON. LAWRENCE M. McKENNA, U.S.D.J.